FILED

FEB 21 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24-CR-44 AMO |
| Plaintiff, | |
| v. | **ORDER OF RELEASE** |
| JOSHUA W. THOMPSON, | |
| Defendant. | |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

After a hearing on this matter, IT IS HEREBY ORDERED that the defendant Joshua W. Thompson be immediately released from the custody of the U.S. Marshal.

IT IS FURTHER ORDERED that upon his release and after reporting to the U.S. Probation Office, the defendant shall immediately report to and reside at his mother's residence at 1705 Trailside Circle, Concord, CA 94518.  He shall participate in the Location Monitoring Program as directed by the Probation Office pending disposition of his Form 12 and be monitored by technology at the discretion of the Probation Office.  Location monitoring shall be utilized to verify his compliance with home incarceration while on the program.  The defendant shall be restricted to 1705 Trailside Circle at all times and shall not leave except for emergency medical needs, court appearances, attorney visits or as directed by the Probation Office.  He shall continue to comply with all previously ordered conditions of supervised release.

IT IS SO ORDERED.

February 21, 2024
Dated

HON. KANDIS A. WESTMORE
United States Magistrate Judge