UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSHUA THOMPSON,<br>　　　　Defendant. | Case No.  24-cr-00044-AMO-1<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 122 |

Before the Court is a stipulation and proposed order to continue the disposition hearing set for October 8, 2025.  Dkt. No. 122; *see also* Dkt. No. 121 (Order re Supervised Release Violation).  In light of the parties' agreement that the setting should be continued, the Court **GRANTS** the parties' stipulation and **CONTINUES** the hearing to 3:30 p.m. on November 17, 2025.

The parties' stipulation notes, however, that the Government and the Defendant disagree about whether the hearing should be set as a disposition hearing or a status conference.  The Court **ORDERS** the parties to submit a brief in support of their respective positions, not to exceed 3 pages, by no later than noon on October 16, 2025.

**IT IS SO ORDERED.**

Dated: October 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**