CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-44 AMO |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE UNTIL |
|     v. | DEFENDANT IS RETURNED TO NORTHERN DISTRICT OF CALIFORNIA **AS MODIFIED** |
| JOSHUA WAYNE THOMPSON, | **BY THE COURT** |
|     Defendant. | |

The above captioned matter is set for a status hearing on June 22, 2026.  The parties hereby stipulate and respectfully request that Court continue the status conference until the Defendant completes his litigation of criminal cases charged against him in the Central District of California and Santa Clara County.  The Defendant was recently removed to the Central District of California on new criminal charges alleging his participation in a string of robberies.  *See* C.D.C.A. Case No.  26-CR-39 JVS.  The Defendant is in custody awaiting transport to the Central District.  His defense counsel across various jurisdictions will need to resolve the pending new criminal charges first before the Form 12 litigation in this District can proceed.  The parties do not have substantive updates for the Court about the status of his other cases at this time.  The government is in communication with various law enforcement agencies, and as soon as the parties have further updates, the parties will petition this

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS
Case No. 24-CR-44 AMO

Court to re-set a status conference.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        June 16, 2026                    /s/_____
                                               IVANA DJAK
                                               Assistant United States Attorney


DATED:        June 16, 2026                    /s/_____
                                               MARK GOLDDROSEN
                                               Counsel for Defendant Joshua Wayne Thompson

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS
Case No. 24-CR-44 AMO

**[PROPOSED] ORDER AS MODIFIED**

Based upon the facts set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the June 22, 2026 status hearing is continued until the Defendant returns to the Northern District of California after the resolution of his criminal cases in the Central District of California and in Santa Clara County.

**Parties shall provide a status report to the Court every 90 days.**

IT IS SO ORDERED.

DATED:   6/17/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS
Case No. 24-CR-44 AMO